UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| Lymisha Ryant, Individually and as Personal Representative of the Estate of Tony Glen Tyler,<br><br>　　　　*Plaintiff,*<br><br>vs.<br><br>Willie Bamberg, Sgt. Edward Rawls, Roy Brooks, Melanie Williams, Harrie Mintz<br><br>　　　　Defendants. | C/A No:<br><br><br><br>PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES |

1.　　State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:**

**Plaintiff is unaware of any subrogation interest of any persons or legal entities at this time.**

2.　　As to each claim, state whether it should be tried by jury or nonjury and why.

**RESPONSE:**

**At this time, the Plaintiff would respectfully request a jury trial due to the nature of the lawsuit.**

3.　　State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:**

**Not applicable.**

4.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:**

**The acts and/or omissions giving rise to this lawsuit developed and/or began in Orangeburg, South Carolina, in Orangeburg County, which is in the Orangeburg Division of the South Carolina Federal Court Division.**

5.      Is this action related, in whole or in part, to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related, regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involved the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**RESPONSE:**

**No.**

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet.  Although the Civil Cover Sheet requires only that you disclose *pending* related cases, this interrogatory and this District's assignment procedures require disclosure of *any prior* or *pending* related case whether civil or criminal.  Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS44 Civil Cover Sheet.

*s/ C. Carter Elliott, Jr.*
C. Carter Elliott, Jr.
U.S.D.C. Bar #: 5423
Elliott & Phelan, LLC
117 ½ -119 ½ Screven Street
P.O. Box 1405
Georgetown, SC  29442
(843) 546-0650 (phone)
(843) 546-1920 (fax)
carter@elliottphelanlaw.com

Clyde C. Dean, Jr.
Dean Law Firm
P.O. Box 1405
Orangeburg, SC 29116
*ATTORNEY FOR THE PLAINTIFF*

May 15, 2015
Georgetown, South Carolina