UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| Lymisha Ryant, Individually and as Personal Representative of the Estate of Tony Glen Tyler, | C/A No: 5:15-cv-02035-JMC-PJG |
| *Plaintiff,* | |
| vs. | CERTIFICATE OF SERVICE |
| Willie Bamberg, Sgt. Edward Rawls, Roy Brooks, Melanie Williams, Harrie Mintz | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of Elliott & Phelan, LLC, do hereby certify that I have mailed copies of the Plaintiff's Summons, Complaint and Answers to Local Rule 26.01 Interrogatories to be served upon the Defendants Willie Bamberg, Sgt. Edward Rawls, Roy Brooks, Melanie Williams, and Harrie Mintz.

*s/ C. Carter Elliott, Jr.*
C. Carter Elliott, Jr.
U.S.D.C. Bar #: 5423
Elliott & Phelan, LLC
117 ½ -119 ½ Screven Street
P.O. Box 1405
Georgetown, SC  29442
(843) 546-0650 (phone)
(843) 546-1920 (fax)
carter@elliottphelanlaw.com

Clyde C. Dean, Jr.
Dean Law Firm
P.O. Box 1405
Orangeburg, SC 29116
*ATTORNEY FOR THE PLAINTIFF*

May 15, 2015
Georgetown, South Carolina