UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Lymisha Ryant, Individually and as Personal Representative of the Estate of Tony Glen Tyler,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Willie Bamberg, Sgt. Edward Rawls, Roy Brooks, Melanie Williams, Harrie Mintz,<br><br>　　　　　　　　Defendants. | Civil Action No.: 5:15-cv-02035-JMC-PJG<br><br>**DEFENDANT MELANIE WILLIAMS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant Melanie Williams, by and through her undersigned attorneys, hereby answers the Interrogatories set forth in Local Rule 26.01 of the Federal Rules of Civil Procedure as follows.

A.　State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim.

**ANSWER: None known at this time**

B.　As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER: Jury trial requested by both Plaintiff and Defendants.**

C.　State whether the parties submitting these responses is a publically owned company and separately identify: (1) each publically owned company of which it is apparent, subsidiary, partner, or affiliate; (2) each publically owned company which owns 10% or more of the outstanding shares or other indicia of ownership of the party; and (3) each publically owned company in which the party owns 10% or more of the outstanding shares.

**ANSWER: Not Applicable.**

D. State the basis for asserting the claim and the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**ANSWER: This Defendant does not contest the filing to this case in this division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Where the cases are related such as they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: None known to this Defendant.**

F. [Defendants only] If the Defendants is improperly identified give the proper identification and state whether counsel will accept service of an Amended Summons and pleading reflecting the correct identification.

**ANSWER: This Defendant properly identified.**

G. [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or to the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Unknown at this time.**

                          <u>*/s/Daniel R. Settana, Jr.*</u>
                          Daniel R. Settana, Jr., Fed. ID No. 6065
                          Richard E. Marsh, III, Fed. ID. No. 11722
                          McKay, Cauthen, Settana & Stubley, P.A.
                          1303 Blanding Street (29201)
                          P.O. Drawer 7217
                          Columbia, SC 29202
                          (803) 256-4645
                          Attorneys for Defendant Williams

Columbia, South Carolina
June 17, 2015