# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### ORANGEBURG DIVISION

| | |
|---|---|
| Lymisha Ryant, Individually and as Personal Representative of the Estate of Tony Glenn Tyler,<br><br>Plaintiff,<br><br>vs.<br><br>Willie Bamberg, Sgt. Edward Rawls, Roy Brooks, Melanie Williams, Harrie Mintz,<br><br>Defendants. | C/A No: 5:15-cv-02035-JMC-PJG<br><br>CONSENT ORDER<br>OF TRANSFER |

    The Court has been informed that the above-captioned Federal Civil Action brought under 42 U.S.C. § 1983 has been settled by agreement between the parties. The Court is further informed that the Plaintiff has also reached a settlement agreement with Defendant Orangeburg County regarding causes of action filed in a civil claim pending in the South Carolina Court of Common Pleas, case number 2014-CP-38-00962. Both of these matters require Court approval pursuant to South Carolina Code Annotated § 15-51-42.

    The Court is further informed that the Plaintiff intends to seek joint approval of these settlements in State Court. Accordingly, at the consent of all parties, the Plaintiff request that this Court transfer jurisdiction of the settlement of this action to State Court for consideration and approval pursuant to South Carolina Code Annotated § 15-51-42(D), which provides that "[f]or any actions pending in the federal courts, …the federal court, at its discretion, may issue an order transferring the case to state court for consideration of the proposed settlement."

PJG

In light of the fact that the Plaintiff intends to seek joint approval in State Court of the settlement in the case pending before this Court and the settlement in the case pending in State Court, the above-captioned matter is hereby transferred to the Circuit Court of Orangeburg County for consideration of the proposed wrongful death settlements.

IT IS SO ORDERED.

_____
HONORABLE Paige Jones Gossett
UNITED STATES MAGISTRATE JUDGE

May 19, 2016
Columbia, South Carolina

2

I CONSENT:

s./Lauren V. Knight, Esq.
Lauren V. Knight
U.S.D.C. ID # 117601
Elliott & Phelan, LLC
117 ½- 119 ½ Screven Street
Georgetown, SC 29440


I CONSENT:

s./Patrick J. Frawley, Esq.
Davis Frawley Attorney at Law
U.S.D.C. ID # 890
Old Courthouse Place
140 East Main Street
Lexington, SC 29072


I CONSENT:

s./Daniel R. Settana, Jr., Esq.
Daniel R. Settana Jr.
U.S.D.C. ID # 6065
Charles A. Kinney, Jr.
U.S.D.C. ID # 10580
McKay, Cauthen, Settana & Stubley, P.A.
1303 Blanding Street (29201)
P.O. Drawer 7217
Columbia, SC 29202